# United States Court of Appeals
## For the First Circuit

No. 23-1821

TONY G. GONZALEZ,

Petitioner - Appellant,

v.

WAYNE T. SALISBURY, JR.,

Respondent - Appellee.

Before

Gelpí, Rikelman, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: September 18, 2025

Petitioner Tony G. Gonzalez appeals from the order of the district court dismissing his petition for habeas corpus pursuant to 28 U.S.C. § 2254. We review the district court's denial of habeas relief de novo. Quintanilla v. Marchilli, 86 F.4th 1, 15 (1st Cir. 2023). Having carefully reviewed the parties' submissions and the record, we affirm substantially for the reasons stated by the district court.

The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Tony G. Gonzalez
Christopher Robinson Bush